OA 91   Criminal Complaint

SEALED BY ORDER OF THE COURT

# United States District Court

NORTHERN DISTRICT OF CAILFORNIA

UNITED STATES OF AMERICA
V.
CHRISTINE RUIZ

Filed JAN 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE CALIFORNIA

CRIMINAL COMPLAINT

Case Number: 08 70028 HRL

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state that the following is true and correct to the best of my knowledge and belief. On or about November 13, 2007 in Santa Clara County, in the Northern District of California defendant(s) did,

(Track Statutory Language of Offense)
knowingly or intentionally distribute or possess with the intent to distribute a controlled substance

in violation of Title 21 United States Code, Section(s) 841(a)(1)

Penalties: Maximum 40 years imprisonment ( 5 years mandatory); Maximum $2,000,000 fine; Maximum 5 years supervised release; life ( 4 years mimimum) $100.00 special assessment

Requested Bail: No Bail ( government will request detention)

Requested Process: Arrest Warrant

I further state that I am a(n) Special Agent of the Federal Bureau of Investigation and that this complaint is based on the following facts:

Please see attached affidavit

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Approved As To Form: THOMAS M. O'CONNELL
AUSA

Name/Signature of Complainant

Sworn to before me and subscribed in my presence,

1/18/08
Date

at _____
City and State

HOWARD R. LLOYD   U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer

DOCUMENT NO.
1

DISTRICT COURT
CRIMINAL CASE PROCESSING

STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

AFFIDAVIT

I, Stacey LaFreniere, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), assigned to the San Francisco Division, San Jose Resident Agency, being duly sworn, depose, and say:

Agent Background

1.      I have been employed as Special Agent (SA) of the FBI for three years. Currently, I am assigned to investigate Asian criminal enterprises, violent gangs, fugitive apprehension matters, extortions, and other violent criminal matters. As a federal law enforcement officer, I am responsible for enforcing Title 21, United States Code, Section 841 - Controlled Substances Act. While employed in my current assignment, I have participated in the execution of arrest and search warrants involving offenses pertaining to the distribution of controlled substances.

Summary

2.      This affidavit is submitted in support of an application for an arrest warrant for CHRISTINE RUIZ, Date of Birth (DOB) January 23, 1968, who, on two occasions, sold a controlled substance to undercover police officers.

1

3.      The information contained within this affidavit are facts obtained by myself and other agents of the San Jose Resident Agency of the FBI, the San Jose Police Department and the Santa Clara Police Department, which include witness interviews, and oral and written reports from law enforcement officers involved in the investigation. Because this affidavit is for the purpose of setting forth probable cause, I have not included every fact known to me or developed through this investigation.

4.      Based upon information presently available and believed to be reliable, there is probable cause to believe that RUIZ has committed criminal acts in violation of Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii). Information based on the investigation to date has shown that RUIZ has possessed over five grams of methamphetamine (pure) with the intent to distribute.

5.      In January 2007, the San Jose and Santa Clara Police Departments initiated a store front sting operation, Operation Meltdown. The focus of the operation was to target the rising number of copper thefts in Santa Clara County. The store front, "Jose Clara COOP", located at 401 Martin Avenue, Santa Clara, California, posed as a metal recycling business that specialized in copper. The business attracted not only copper thieves, but a variety of other career criminals.

2

Undercover officers posed as workers within the shop and interacted with the criminals. During the course of the sting, undercover officers purchased copper, illegal narcotics, dangerous weapons and stolen items which included tools, electronics and vehicles. All transactions inside Jose Clara were digitally recorded and documented. Each cash transaction for contraband, property and metal was documented and all items were photographed.

Background Information

6. A California Law Enforcement Telecommunications System (CLETS) database check revealed that on November 18, 1998, CHRISTINE RUIZ, DOB January 23, 1968 was convicted of inflicting corporal injury on a spouse or cohabitant with a weapon, a felony, and was sentenced to six months in jail and two years probation. On January 7, 2007 RUIZ was convicted of possession of a controlled substance, a felony, and sentenced to seven months in jail and two years on probation.

Factual Information Supporting Probable Cause

7. On November 6, 2007 RUIZ entered the "Jose Clara Coop" and met with Undercover Officers. During the meeting RUIZ sold a crystalline substance, believed to be methamphetamine, with a gross weight of 3.8 grams for $320.00.

8. On November 13, 2007 RUIZ entered the "Jose Clara

Coop" and met with undercover officers. During the meeting RUIZ sold a crystalline substance, believed to be methamphetamine, with a gross weight of 27.2 grams for $1,500.00.

9.      On January 14, 2008 both samples were submitted for analysis to the Drug Enforcement Administration Western Regional Laboratory for analysis. According to Franca DelSignore, Forensic Chemist, Drug Enforcement Administration Western Regional Laboratory, the crystalline substance RUIZ sold on November 6, 2007 tested positive for methamphetamine with a purity of 60.4% and net narcotic weight of 1.6 grams. The crystalline substance RUIZ sold on November 13, 2007 tested positive for methamphetamine with a purity of 63.1% and net narcotic weight of 16.2 grams.

Conclusion

10.     On November 13, 2007, Ruiz sold over 5 grams of methamphetamine (pure) to undercover officers, in violation of Title 21, United States Code Sections 841 (a)(1) and 841(b)(1)(B)(viii); therefore I respectfully request that the court issue a criminal complaint and arrest warrant for CHRISTINE RUIZ.

11. I respectfully requests that this complaint be sealed until the execution of the arrest warrant or further order of the court, as this investigation remains ongoing and for purposes of officer safety.

12. Based upon the foregoing information, I respectfully request that the court issue a criminal complaint and arrest warrant for CHRISTINE RUIZ for violating Title 21 United States Code section 841(a)(1), possession with the intent to distribute a controlled substance.

_____
Stacey LaFreniere
Special Agent
Federal Bureau of Investigation
San Jose, California

Subscribed and sworn to before me this 18 day of January 2008.

_____
Hon. Howard R. Lloyd
U.S. Magistrate Judge, NDCA

5