**SEALED BY ORDER OF THE COURT**

**Filed**
JAN 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES | ) | |
|---|---|---|
| V. | ) | N° 08 70028 HRL |
| CHRISTINE RUIZ | ) | SEALING ORDER |

Good cause appearing in the affidavit filed in support of the criminal complaint, and to preserve the integrity of the undercover activities and ensure officer safety, it is hereby ordered that the complaint, application and affidavit filed in support of the complaint and this order be sealed until further order of the court.

**IT IS SO ORDERED.**

DATED: January 18, 2008

_____
HOWARD R. LLOYD
United States Magistrate Judge
Northern District of California

18 U.S.C.§ 2703(d) ORDER

