PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | Honorable Howard R. Lloyd<br>U.S. Magistrate Judge | RE: | CHRISTINE RUIZ |
| FROM: | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | CR08-70028 |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| | |
|---|---|
| Jaime A. Carranza | 408-535-5226 |
| U.S. Pretrial Services Officer | TELEPHONE NUMBER |

RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

**FILED**
FEB - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 2, on Wed. 2/6/08 at 1:30 PM.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A. The defendant shall be assessed by a residential drug treatment facility to determine her suitability for such a program. If the defendant is found to be a suitable candidate for such a program, we recommend she be ordered to enter such a program on a full-time basis and remain at the program as directed by Pretrial Services;

B. The defendant shall resolve all outstanding warrants immediately;

C. The defendant shall comply with the terms of her state probation; and.

D. The defendant shall not associate with any known felons (except during the course of treatment) or individuals involved in criminal activity.

☐ Bail Revoked/Bench Warrant Issued.

☒ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____           _____
JUDICIAL OFFICER                                   DATE  2/1/08

Cover Sheet (12/03/02)