1   BARRY J. PORTMAN
    Federal Public Defender
2   LARA S. VINNARD
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant RUIZ

6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          )   No. CR-08-70028 HRL
                                       )
11                  Plaintiff,         )   **STIPULATION TO MODIFY TIME OF**
                                       )   **BAIL REVIEW HEARING;**
12  vs.                                )   **[PROPOSED] ORDER**
                                       )
13  CHRISTINE RUIZ,                    )
                                       )
14                  Defendant.         )
    _____)

15

16          Defendant and the government, through their respective counsel, hereby stipulate that,

17  subject to the court's approval, the time of the bail review hearing in the above-captioned matter

18  may be modified.  The hearing is presently scheduled for 1:30 p.m. on Wednesday, February 6,

19  2008.  The parties request that it be moved to 3:30 p.m., on February 6, 2008.  The modification

20  is requested because the defense is informed that Ms. Ruiz has a hearing in a criminal matter in

21  Palo Alto at 1:30 p.m. on the same day.

22

23  Dated: 2/4/08                          _____/s/_____
                                           LARA S. VINNARD
24                                         Assistant Federal Public Defender

25  Dated:  2/5/08                         _____/s/_____
                                           TOM O'CONNELL
26                                         Assistant United States Attorney