1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant RUIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-08-70028 HRL |
|---|---|
| Plaintiff, | ) **ORDER MODIFYING TIME OF BAIL REVIEW HEARING** |
| vs. | ) |
| CHRISTINE RUIZ, | ) |
| Defendant. | ) |

A bail review hearing has been scheduled in this matter for February 6, 2008 at 1:30 p.m. The parties jointly request that the hearing be held at 3:30 p.m. because the defendant has an appearance in another court on the same day at 1:30 p.m.

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the bail review hearing be held at 3:30 p.m. on February 6, 2008

Dated: _____
HOWARD R. LLOYD
United States Magistrate Judge

ORDER MODIFYING TIME OF HEARING
No. CR 08-70028 HRL                                1